**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 550 EAL 2018
                                       :
            Respondent         :
                                       :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court
            v.                        :
                                         :
                                       :
AMAR GREEN,                      :
                                       :
            Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.